| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Riley, William J | 2. Court or Organization<br><br>Eighth Circuit Court of Appeals | 3. Date of Report<br><br>05/7/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Roman Hruska U.S. Courthouse<br>111 South 18th Plaza, #4303<br>Omaha, NE 68102-1322 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member & Assistant Manager | Riley Quest, L.L.C. |
| 2.   Adjunct Professor | University of Nebraska, College of Law |
| 3.   Adjunct Professor | Creighton University, College of Law |
| 4.   Delegate to House of Delegates | Nebraska State Bar Association since 1998 |
| 5.   Member | Professionalism Committee, Nebraska State Bar Association |
| 6.   Member, National Trial Competition Committee | American College of Trial Lawyers 11/2002 to 10/2006 |
| 7.   Treasurer, Nebraska Chapter | American Board of Trial Advocates |
| 8.   Counselor/Judicial Member | Robert M. Spire Inns of Court |
| 9.   Trustee, Board of Trustees | MidAmerica Council, Boy Scouts of America |

FINANCIAL DISCLOSURE OFFICE   2008 MAY -8 P 3: 45   RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/2007 | University of Nebraska-Lincoln, College of Law, Adjunct Faculty teaching trial advocacy, Thursday evenings, Spring 2008 |
| 2. 04/2007 | Creighton University, College of Law, Adjunct Faculty teaching trial practice, Thursday evenings, Fall 2007 |

3. 04/01/75                     Profit Sharing and 401(k) Retirement Plan, Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm, no control after termination 8/15/2001

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 05/7/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. Fall 2007 | Creighton University, College of Law | $ 2,000 |
| 2. Spring2007 | University of Nebraska, College of Law | $ 7,500 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Part-time - Omaha Public Library Foundation, Interim Director |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tampa Bay Chapter - Federal Bar Association | 05/24/2007 to 05/25/2007 | Salt Lake City, UT | Sentencing Seminar | Airfare, hotel, parking, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 05/7/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Reduced Membership | American Board of Trial Advocates | $ 450.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. First National Bank of ●maha Accounts | A | Interest | K | T | | | | | |
| 2. Mass Mutual Life Insurance - Cash Values | | None | L | T | Withdraw Div | 8/30 | J | | |
| 3. Riley Quest, L.L.C. (real estate minority interest) | | None | L | W | | | | | |
| 4. Marasico Growth Fund | A | Dividend | J | T | | | | | |
| 5. IRA #1 | A | Dividend | M | T | | | | | |
| 6. -Janus Twenty Fund | | | | | Sold | 1/16 | J | A | |
| 7. -Janus Growth & Income | | | | | | | | | |
| 8. -Weitz Value Fund | | | | | | | | | |
| 9. -Marsico Focus Fund | | | | | | | | | |
| 10. IRA - #2 | A | Dividend | L | T | | | | | |
| 11. -American Century Income & Growth Fund | | | | | | | | | |
| 12. -Marsico Growth & Income Fund | | | | | | | | | |
| 13. American Century Equity Income | | | | | | | | | |
| 14. IRA - #3 | A | Dividend | J | T | | | | | |
| 15. -Janus Fund | | | | | | | | | |
| 16. -Janus Twenty Fund | | | | | | | | | |
| 17. Dain Rauscher 403(b) Account | A | Div. & Int. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 05/7/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Adv. Gr. Opp. - T Fund | | | | | Sold | 10/21 | K | A | |
| 19. -Evergreen Gro. - A Fund | | | | | | | | | |
| 20. Fidelity Adv. Grow & Inc.-T | | | | | Buy | 10/21 | J | | |
| 21. Fidelity Adv. Divers Intl.-T | | | | | Buy | 10/21 | J | | |
| 22. Fidelity Adv. MidCap II CL-T | | | | | Buy | 10/21 | J | | |
| 23. Fidelity Adv. Val Leaders-T | | | | | Buy | 10/21 | J | | |
| 24. Fidelity Adv. LVGD Co. S&K CL-T | | | | | Buy | 10/21 | J | | |
| 25. First National Bank of Omaha - Profit Sharing & 401(k) FSB&B | D | Div. & Int. | P1 | T | | | | | |
| 26. Goldman Sachs -U.S. Government Money Market Fund | | | | | | | | | |
| 27. -Berkshire Hathaway, Inc. Class A & Class B Common | | | | | | | | | |
| 28. -Baron Asset Fund | | | | | | | | | |
| 29. -Marsico Focus Fund | | | | | | | | | |
| 30. -Marsico Growth & Income Fund | | | | | | | | | |
| 31. Baron Growth Fund | | | | | | | | | |
| 32. Clipper Fund | | | | | | | | | |
| 33. Harris Oakmark Fund | | | | | | | | | |
| 34. Oakmark Equity & Income I Fund | | | | | | | | | - |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J | 05/7/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oakmark Select Fund CL I | | | | | | | | | |
| 36. T Rowe Price Equity Income Fund | | | | | | | | | |
| 37. Marsico 21st Century Fund | | | | | | | | | |
| 38. -Weitz Value Fund | | | | | | | | | |
| 39. -Weitz Hickory Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns Bl and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | HI =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



S

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY H                                   IVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544